AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reeves, Carlton W. | Southern District of Mississippi | 08/05/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge- - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

501 E. Court Street
Suite 5.550
Jackson, MS 39201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School | January 28-31, 2019 | Palo Alto, CA | Center for Public Service and Public Interest Law: Lecture | Travel, Lodging and Meals |
| 2. | American Constitution Society | February 22-24, 2019 | Charlottesville, VA | National Student Convention (Panelist/ Presenter) | Travel, Lodging and Meals |
| 3. | Ameican Bar Association | March 6-7, 2019 | New Orleans, LA | White Collar Crime Institute (Panelist/ Presenter) | Travel, Lodging and Meals |
| 4. | Thomas Jefferson Foundation | April 10-13, 2019 | Charlottesville, VA | Presentation of Thomas Jefferson Foundation Medal in Law (Lecture) | Travel, Lodging and Meals |

| 5. | American Consitution Society | June 6-8, 2019 | Washington, D.C. | National Convention (Presenter) | Travel, Lodging and Meals |
| --- | --- | --- | --- | --- | --- |
| 6. | Utah Minority Bar Association | September 29-30, 2019 | Salt Lake City, UT | Meeting (Panelist/ Presenter) | Travel, Lodging and Meals |
| 7. | American Consitution Society | October 17-18, 2019 | Atlanta, GA | National Lawyer Convening (Panelist/ Presenter) | Travel, Lodging and Meals |
| 8. | Washington & Lee Law School (John W. Davis Moot Court) | October 23-25, 2019 | Lexington, VA | Moot Court | Travel, Lodging and Meals |
| 9. | University of Texas Law School | October 25-26, 2019 | Austin, TX | Civil Procedure Workshop (Panelist/Presenter) | Travel, Lodging and Meals |
| 10. | Bob Chaloupka Trial Skills Seminar | November 6-8, 2019 | Scottsbluff, NE | Presenter | Travel, Lodging and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Thomas Jefferson Foundation | Thomas Jefferson Foundation Medal in Law | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AT&T (T), Common | A | Dividend | J | T | | | | | |
| 2. Alliance Bernstein Holding Ltd Partnership Unit (AB), Common | A | Distribution | | | Sold | 3/22/19 | J | A | |
| 3. Alphabet Inc. (GOOGL), Common | | None | J | T | | | | | |
| 4. Amazon (AMZN), Common | | None | J | T | | | | | |
| 5. Ameriprise Finan. Inc. (AMP), Common | A | Dividend | J | T | | | | | |
| 6. Analog Device Inc. (ADI), Common | A | Dividend | J | T | | | | | |
| 7. Automatic Data Processing Inc. (ADP), Common | A | Dividend | J | T | | | | | |
| 8. Blackstone Group (BX), Common | A | Distribution | | | Closed | 07/01/19 | J | | |
| 9. Blackstone Group Inc. CLA (BX), Common | A | Distribution | J | T | Open | 07/01/19 | J | | |
| 10. BP PLC (BP), Common | A | Dividend | J | T | | | | | |
| 11. CH Robnson Worldwide (CHRW), Common | A | Dividend | J | T | | | | | |
| 12. Caterpillar (CAT), Common | A | Dividend | J | T | | | | | |
| 13. Chevron (CVX), Common | A | Dividend | J | T | | | | | |
| 14. Cisco Systems (CSCO), Common | A | Dividend | J | T | | | | | |
| 15. Corteva Inc (CTVA), Common | A | Dividend | J | T | Spinoff<br>(from line 21) | 06/03/19 | J | | |
| 16. Corteva Inc (CTVA), Common | A | Dividend | | | Sold<br>(part) | 06/06/19 | J | A | |
| 17. Crown Castle (CCI), Common | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Discover Financial Svcs (DFS), Common | A | Dividend | J | T | | | | | |
| 19. | Dow (DOW), Common | A | Dividend | J | T | Spinoff<br>(from line 21) | 04/01/19 | J | | |
| 20. | Dow (DOW), Common | A | Dividend | | | Sold<br>(part) | 04/05/19 | J | | |
| 21. | DowDupont (DWDP), Common | A | Dividend | | | Closed | 06/01/19 | J | | |
| 22. | DuPont de Nemours (DD), Common | A | Dividend | J | T | Spinoff<br>(from line 21) | 06/03/19 | J | | |
| 23. | DuPont de Nemours (DD), Common | A | Dividend | | | Sold<br>(part) | 06/05/19 | J | | |
| 24. | Energizer Hldgs Inc. (ENR), Common | A | Dividend | | | Sold | 03/26/19 | J | A | |
| 25. | Exxon Mobil, (XOM), Common | A | Dividend | J | T | | | | | |
| 26. | Facebook, Inc. (FB), Common | | None | K | T | | | | | |
| 27. | Fedex Corp. (FDX), Common | A | Dividend | J | T | | | | | |
| 28. | Fedex Corp. (FDX), Common | A | Dividend | J | T | Buy<br>(add'l) | 10/11/19 | J | | |
| 29. | First Commerical Bank, Common | A | Dividend | K | T | | | | | |
| 30. | First Trust (FDL), Common | A | Dividend | J | T | | | | | |
| 31. | Garmin LTD (GRMN), Common | A | Dividend | | | Sold | 05/15/19 | J | A | |
| 32. | Garrett Motion, Inc. (GTX) | A | Dividend | J | T | | | | | |
| 33. | General Motors (GM) | A | Dividend | | | Sold | 05/09/19 | J | A | |
| 34. | Gilead Sciences (GILD), Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Harley Davidson (HOG), Common | A | Dividend | | | Sold | 06/20/19 | J | A | |
| 36. Honeywell Int'l (HON), Common | A | Dividend | J | T | | | | | |
| 37. Intel Corp. (INTC), Common | A | Dividend | J | T | | | | | |
| 38. INTL Business Machines Corp. (IBM), Common | A | Dividend | J | T | | | | | |
| 39. Invesco S&P 500, High Dividend Low Volatility ETF, (SPHD), Common | A | Dividend | J | T | | | | | |
| 40. Iron Mountain (IRM), Common | A | Dividend | J | T | | | | | |
| 41. JB Hunt Transport (JBHT), Common | A | Dividend | J | T | | | | | |
| 42. Johnson & Johnson (JNJ), Common | A | Dividend | K | T | | | | | |
| 43. Kellogg Co. (K) | A | Dividend | J | T | | | | | |
| 44. Kinder Morgan (KMI), Common | A | Dividend | J | T | | | | | |
| 45. Kraft Heinz Co. (KHC), Common | A | Dividend | J | T | | | | | |
| 46. Kroger (KR), Common | A | Dividend | J | T | | | | | |
| 47. Las Vegas Sand Corp. (LVS) | A | Dividend | | | Sold | 05/28/19 | J | A | |
| 48. Lockheed Martin (LMT), Common | A | Dividend | J | T | | | | | |
| 49. McDonalds Corp. (MCD), Common | A | Dividend | K | T | | | | | |
| 50. Mellanox Technologies Ltd. (MLNX), Common | | None | J | T | | | | | |
| 51. Merck (MRK), Common | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. MetLife Inc. (MET), Common | A | Dividend | J | T | | | | | |
| 53. Microsoft (MSFT), Common | A | Dividend | K | T | | | | | |
| 54. Morgan Stanley (MS), Common | A | Dividend | J | T | | | | | |
| 55. Motorola Solutions Inc. (MSI), Common | A | Dividend | K | T | | | | | |
| 56. Netflix Inc (NFLX), Common | | None | J | T | | | | | |
| 57. Norfolk Southern (NSC), Common | A | Dividend | J | T | | | | | |
| 58. Pepsico (PEP), Common | A | Dividend | K | T | | | | | |
| 59. Procter & Gamble (PG), Common | A | Dividend | K | T | | | | | |
| 60. Qualcomm Inc. (QCOM), Common | A | Dividend | J | T | | | | | |
| 61. Resideo Technologies, Inc. (REZI), Common | | None | J | T | | | | | |
| 62. Rockwell Auto (ROK), Common | A | Dividend | J | T | | | | | |
| 63. Royal Dutch (RDS/A), Common | A | Dividend | J | T | | | | | |
| 64. Sanderson Farms (SAFM), Common | A | Dividend | K | T | | | | | |
| 65. 3M Company (MMM), Common | A | Dividend | K | T | | | | | |
| 66. Target (TGT), Common | A | Dividend | J | T | | | | | |
| 67. Toronto Dominion Bank (TD), Common | A | Dividend | J | T | | | | | |
| 68. Travelers Com (TRV), Common | A | Dividend | | | Sold | 06/20/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trustmark Corp (TRMK), Common | A | Dividend | | | Sold | 12/31/19 | J | A | |
| 70. United Parcel Serv. (UPS), Common | A | Dividend | J | T | | | | | |
| 71. Victory Shares US (CDC), ETF | A | Dividend | J | T | | | | | |
| 72. YUM Brands, Inc. (YUM), Common | A | Dividend | K | T | | | | | |
| 73. YUM China Holdings, Inc (YUMC), Common | A | Dividend | J | T | | | | | |
| 74. Columbia Acorn Themorstat (CTFAX), Mutual Fund | B | Dividend | L | T | | | | | |
| 75. Empire Retirement (H) | | | | | | | | | |
| 76. ------American Funds 2030 Trgt | A | Int./Div. | K | T | | | | | |
| 77. -----Great-West Government Money Market Inst | A | Int./Div. | J | T | | | | | |
| 78. Pruco Life Ins. Co. Prudential Premier RetirementX, Var Ann (H) | | | | | | | | | |
| 79. --------AST Academic Strategies Asset Allocation Portfolio | | None | J | T | | | | | |
| 80. -------AST Black Rock/Loomis Sayles Bond Portfolio | | None | N | T | | | | | |
| 81. --------AST Loomis Sayles Large-Cap Growth Portfolio | | None | J | T | | | | | |
| 82. ------- AST Wellington Mgmt Hedged Equity Port. | | None | J | T | | | | | |
| 83. -------AST QMA US Equity Alpha | | None | J | T | | | | | |
| 84. -------AST T. Rowe Price Natural Resources | | None | J | T | | | | | |
| 85. College Savings Plan (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Scholars Edge 529 Plan (H) | | | | | | | | | |
| 87. ---------Ages 18 and Over Portfolio / Age Based Portfolio 10A | | None | | | Closed | 12/06/19 | J | | |
| 88. ---------Dreyfus Research Growth Portfolio A | | None | | | Closed | 12/06/19 | J | | |
| 89. --------T Rowe Price Blue Chip Growth Portfolio A | | None | | | Closed | 12/06/19 | J | | |
| 90. ----------International Equity /International Growth Portfolio A | | None | | | Closed | 12/06/19 | J | | |
| 91. ----------Aggressive Portfolio A / Portfolio 100 A | | None | | | Closed | 12/06/19 | J | | |
| 92. ----------Moderately Aggressive Portfolio A/ Portfolio 80 A | | None | | | Closed | 12/06/19 | J | | |
| 93. ---------Value Portfolio A | | None | | | Closed | 12/06/19 | J | | |
| 94. ------ Scholar's Edge Today Portfolio A | | None | J | T | Open | 12/06/19 | J | | |
| 95. ------Principal Equity Income Portfolio A | | None | J | T | Open | 12/06/19 | J | | |
| 96. ------Principal SystematEx International Portfolio A | | None | J | T | Open | 12/06/19 | J | | |
| 97. -----Scholar's Edge Aggressive Portfolio A | | None | J | T | Open | 12/06/19 | J | | |
| 98. ----- Principal Blue Chip Portfolio A | | None | J | T | Open | 12/06/19 | J | | |
| 99. United States Savings Bond | A | Interest | J | T | | | | | |
| 100. Stifel Nicolaus, Money Market Acct | A | Interest | | | Closed | 08/20/19 | M | | |
| 101. Wells Fargo Advisors | A | Interest | M | T | Open | 08/21/19 | M | | |
| 102. First Commercial Bank, Money Market Acct, Cash Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Statewide Federal Credit Union, Cash Account | A | Interest | J | T | | | | | |
| 104. BankPlus, Cash Account | A | Interest | J | T | | | | | |
| 105. Liberty Bank, Cash Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

8. Blackstone Group (BX) had a name change only. It is now Blackstone Group Inc. CLA, which is reflected in Line 9.

9. See Line 8.

21. DowDupont (DWDP) split into three companies: Corteva Inc. (CTVA), Line 15; Dow (DOW), Line 19; and DuPont de Nemours (DD), Line 22. DWDP no longer exists.

86. The Scholars Edge 529 Educational Fund was transferred to a new recordkeeper (Ascensus) and the accounts under the plan, Lines 87-92, were closed and transferred to new accounts reflected in Lines 93-97

88. During this reporting period or a prior period possibly the Dreyfus Research Growth Portfolio A was converted to T Rowe Price Blue Chip Growth Portfolio A, which is indicated at Line 89.

89. See Line 88.

100. The Stifel Nicolaus proceeds were transferred to Wells Fargo Account, Line 101.

101. See Line 100.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlton W. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544